**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: September 2, 2026
Docket #: 26-2100
Short Title: United States of America v. Aziz

DC Docket #: 7:21-cr-113-1
DC Court: SDNY (WHITE PLAINS)
DC Judge: Philip M. Halpern

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8628.